IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

AMNA GRAGG                                                                                         PLAINTIFF

v.                                             CIVIL ACTION NO. 3:24-cv-00008-GHD-JMV

C.K. CONSTRUCTION                                                   DEFENDANT

## ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION

On consideration of the file and records in this action, the Court finds that the Report and Recommendation [60] of the United States Magistrate Judge dated April 3, 2025, regarding the dismissal without prejudice of the Plaintiff's claims for failure to prosecute and failure to comply with an order of the Court, was on that date duly served upon counsel for the Plaintiff and counsel of record for the Defendants; that more than fourteen days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by any party. The Court is of the opinion that the Report and Recommendation should be approved and adopted as the opinion of the Court.

The Court therefore **ORDERS** the following:

1) the Report and Recommendation [60] of the United States Magistrate Judge dated April 3, 2025, is hereby approved and adopted as the opinion of the Court; and

2) The Plaintiff's claims are DISMISSED WITHOUT PREJUDICE for failure to prosecute or comply with a Court Order pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

SO ORDERED, this, the 28th day of April, 2025.

                                                        /s/ Glen H. Davidson
                                                       SENIOR U.S. DISTRICT JUDGE